No. 722. J. J. EISEMAN AND ALEXANDER R. ABRAMS *v.* STATE OF CALIFORNIA; and

No. 723. HOLMES IVES AND N. J. WHELAN *v.* STATE OF CALIFORNIA. Error to the District Court of Appeals, First Appellate District of the State of California. Submitted February 21, 1927. Decided February 28, 1927. *Per Curiam.* Dismissed for lack of jurisdiction in this Court on the authority of *Kipley* v. *Illinois,* 170 U. S. 182, 186; *New York Central Railroad Co.* v. *New York,* 186 U. S. 269, 273. *Messrs. R. P. Henshall, Joseph A. Brown,* and *S. A. Riley* for plaintiffs in error. *Mr. U. S. Webb* for defendant in error.

---

No. 739. FORTUNE FERGUSON, JR. *v.* STATE OF FLORIDA. Error to the Supreme Court of the State of Florida. Argued February 28, 1927. Decided February 28, 1927. *Per Curiam.* Dismissed for want of a federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561; *Hull* v. *Burr,* 234 U. S. 712, 720; *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Mr. Furman Y. Smith* for plaintiff in error. *Mr. J. B. Johnson* for defendant in error.